IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BILLY HARPER, | § |
| Plaintiff | § |
| | § No. 1:20-cv-108 |
| v. | § |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § |
| Defendant | § |

# PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Billy Harper complains of Defendant Wright National Flood Insurance Company ("Wright") and states:

## PARTIES

1. **Harper.** Harper is a citizen of Texas.

2. **Wright**. Wright is an Indiana insurance corporation with its principal office and place of business located in St. Petersburg, Florida who may be served with process by and through its Texas registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

## JURISDICTION AND VENUE

3. **Jurisdiction**. The Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of

interest and costs, and there is complete diversity of citizenship between Lincoln and Harper. In that regard, Harper is a citizen of Texas, and Wright is a citizen of Florida.

4. **Venue**. Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b)(1), as a substantial part of the events or omissions giving rise to Harper's claims occurred here.

## OPERATIVE FACTS

5. **The Claim**. Plaintiff obtained flood insurance coverage through Defendant Wright National Flood Insurance Company. On October 16, 2018 Plaintiff's property was flooded after severe weather, and promptly filed a claim with Defendant for damage and destruction of property covered by the policy. Defendant responded by partially denying the claim by way of a letter dated February 18, 2019. In that letter, Defendant stated that it had, "extended payment of $93,130.84 for building damages after the application of the policy deductibles of $1,250.00." Defendant subsequently paid $5,516.79 for a correction to the original claim. Defendants actions in this regard amounted to breach of contract because the payments fail to address the entire areas of covered damage to the property and remits insufficient amounts to repair others.

6. **Supplemental Claim**. On October 2, 2019, with help from Plaintiff's daughter, a supplemental claim was submitted. Plaintiff's letter went into great detail regarding items that were left out of the estimate on which the initial payments made by Defendant were based. Among other things, Plaintiff pointed out that even by October of 2019 the interior masonry walls were still registering moisture so that the house needed to be dried out before additional work could be done. Plaintiff also pointed out that the damage to the main electrical panel that Defendant had not addressed in the initial payment. In addition to those two critical items, Plaintiff addressed a number of other items that were not included in the initial payment.

7. **Appraisal.** On November 19, 2019 Defendant demanded appraisal of Plaintiff's property under the policy. This demand is inappropriate because there is not an "agreed scope of loss and damages" as required under the policy. Plaintiff was not opposed to attempting to reach an agreement on the scope of loss and damages, but Defendant has failed to address to date significant areas of damage brought to Defendant's attention by Plaintiff.

## CAUSES OF ACTION

8. **Claim for Benefits under National Flood Insurance Program**. Harper seeks to recover the benefits due to him as a participant in the National Flood Insurance Program, 42 U.S.C., §4001, et seq. Harper specifically seeks to recover the amount of damages to his property covered by the policy issued by Wright above and beyond the amounts paid by Wright. Harper also seeks to recover his reasonable and necessary attorney's fees.

## PRAYER

9. Relief Requested. Harper respectfully requests the following relief:

    (a) That Wright be served with the Complaint and Summons and required to answer in the time and manner prescribed by law;

    (b) That Harper have and recover his policy benefits pursuant to attorney's fees and court costs; and

    (c) That Harper have all such other and further relief, both general and special, at law and in equity, to which he may show himself justly entitled.

Respectfully submitted,

  /s/Jon Smith  
Jon Michael Smith
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
Telephone:     (512) 371-1006
Facsimile:     (512) 476-6685
jon@jonmichaelsmith.com