IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BILLY HARPER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No.: 1:20-cv-00108-RP |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Billy Harper, and Defendant, Wright National Flood Insurance Company, by their undersigned attorneys, respectfully notify the Court that the parties have tentatively settled this matter and request thirty (30) days from this notice to finalize settlement papers and file a joint motion to dismiss with prejudice.

Dated: March 18, 2021

                                        Respectfully submitted,

                                        /s/ *Joel W. Morgan*
                                        Joel W. Morgan (VSB No. 65761)
                                        Theodore I. Brenner (VSB No. 17815)
                                        FREEBORN & PETERS LLP
                                        901 East Byrd Street, Suite 950
                                        Richmond, VA 23219
                                        Telephone: (804) 644-1300
                                        Facsimile: (804) 644-1354
                                        E-mail: jwmorgan@freeborn.com
                                        E-mail: tbrenner@freeborn.com
                                        *Counsel for Defendant,*
                                        Wright National Flood Insurance Company

                                        and

        Bradley K. Jones, Esq.
Texas State Bar No. 24060041
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
E-mail: bkjones@bakerlaw.com
*Counsel for Defendant,*
Wright National Flood Insurance Company

and

/s/ *Jon Michael Smith*
Jon Michael Smith
State Bar No. 18630750
3305 Northland Drive, Suite 500
Austin, TX 78731
Email: jon@jonmichaelsmith.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2021, a true copy of the foregoing JOINT NOTICE OF SETTLEMENT was electronically filed using this Court's CM/ECF system which will send a notice to all counsel of record.

/s/ *Joel W. Morgan*
Joel W. Morgan (VSB No. 65761)